# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| IN RE<br><br>Diane L. Thomas,<br><br>    Debtor.<br>_____<br><br>W. Clarkson McDow, Jr.,<br>United States Trustee for Region Four,<br><br>    Plaintiff<br>v.<br><br>Diane L. Thomas<br>4312 Colborne Road<br>Baltimore, Maryland 21229,<br><br>    Defendant. | BANKRUPTCY CASE NO:<br><br>06-10714-DK<br><br>Chapter 13<br><br><br><br><br><br>ADVERSARY NO.:<br><br>_____ |

**COMPLAINT SEEKING DECLARATORY RELIEF AND
OBJECTING TO THE ENTRY OF A DISCHARGE
11 U.S.C. § 1328(f)(1)**

    W. Clarkson McDow, Jr., the United States Trustee for Region Four, by counsel, hereby files this Complaint pursuant to 11 U.S.C. § 1328(f)(1). In support of this Complaint, the U.S. Trustee states as follows:

    1.    This Court has jurisdiction to hear this Compliant pursuant to 28 U.S.C. §§ 157 and 1334.

    2.    Venue is proper in this Court under 28 U.S.C. § 1409.

    3.    This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(J).

4.	On February 10, 2006, Diane L. Thomas ("Defendant") filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

5.	Previously, on April 8, 2003, the Defendant filed a petition for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Maryland.  See Case No. 03-55890.

6.	On July 21, 2003, the Defendant received a Chapter 7 discharge in Case No. 03-55890.

7.	Pursuant to 11 U.S.C. § 1328(f)(1), a Debtor may not be granted a discharge under Chapter 13 of the Bankruptcy Code if the Debtor was previously granted a Chapter 7 discharge in a case filed during the four-year period proceeding the filing of the current Chapter 13 case.

8.	Within the four-year period proceeding the date on which Defendant commenced this Chapter 13 case, the Defendant filed case number 03-55890 and received a discharge in that prior case.  Accordingly, the Defendant is not entitled to receive a discharge in this case.

**WHEREFORE**, the U.S. Trustee respectfully requests that this Court enter an order declaring that 11 U.S.C. § 1328(f)(1) is applicable to this case, directing that the Defendant/Debtor not be granted a discharge upon completion of all payments under a confirmed plan, and granting such other and further relief as is just and proper.

[counsel's signature appears on next page]

Respectfully submitted,

W. Clarkson McDow, Jr.
U.S. Trustee, Region Four

Date: July 27, 2006                By: /s/ **Katherine A. Levin**
Katherine A. Levin
Trial Attorney
Federal Bar Number 10916
101 West Lombard Street, Suite 2625
Baltimore, MD 21201
(410) 962-4300

Attorney for the U.S. Trustee